UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEVIN JOSEPH FADER,<br><br>               Plaintiff,<br>   v.<br>DRISS BERRADA,<br><br>               Defendant. | Case No. 21-5264-TSZ-TLF<br><br>ORDER SETTING AMENDED COMPLAINT DEADLINE |

This matter comes before the Court on the Court's Order Adopting Report and Recommendation. Dkt. 24. The Court has referred this matter to the undersigned for further proceedings. Dkt. 24.

The Court sets the following deadline for plaintiff to file an amended complaint to cure, if possible, the deficiencies in the complaint identified in the Court's previous Report and Recommendation (Dkt. 23) and the Court's Order Adopting Report and Recommendation (Dkt. 24): **February 4, 2022.**

If an amended complaint is filed, it must be legibly written or retyped in its entirety and contain the same case number. Any cause of action alleged in the original complaint that is not alleged in the amended complaint is waived. *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997), overruled in part on other grounds, *Lacey v. Maricopa Cnty.*, 693 F.3d 896 (9th Cir. 2012). If plaintiff files an amended complaint, the Court will screen plaintiff's complaint and address any other remaining referred issues.

ORDER SETTING AMENDED COMPLAINT DEADLINE
- 1

The Clerk is directed to send a copy of this Order to the parties in this action.

Dated this 4th day of January, 2022.

*Theresa L. Fricke*

Theresa L. Fricke
United States Magistrate Judge