UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN JOSEPH FADER,

         Plaintiff,

   v.

DRISS BERRADA,

         Defendant.

C21-5264 TSZ-TLF

ORDER DISMISSING PLAINTIFF'S COMPLAINT

The Court, having reviewed the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge, to which no objections were filed, and the remaining record, does hereby find and ORDER:

(1) the Court adopts the Report and Recommendation (docket no. 27);

(2) the Court GRANTS defendant's motion to dismiss (docket no. 26); and

(3) plaintiff's complaint (docket no. 1-1) is DISMISSED without prejudice.

Dated this 26th day of July.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER DISMISSING PLAINTIFF'S COMPLAINT - 1